Click to Print  Printed on: Wednesday, March 19, 2008 16:24:32 MDT

# Case History Search

Submitted By: | Court | Plaintiff | Defendant

Search Created: Wednesday, March 19, 2008 16:24:32 MDT

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | CO Boulder County District Court 20th JD | **Judge:** | Whalen, M Gwyneth | **File & Serve Live Date:** | 2/14/2008 |
| **Division:** | 3 - Division 3 | **Case Number:** | 2008cv180 | **Document(s) Filed:** | 5 |
| **Case Type:** | Breach of Contract | **Case Name:** | Jamie Scott vs. DeVry Univeristy, Inc. and Ross School of Veterinary Medicine | **Date Range:** | All |

1-3 of 3 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number / Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 18833076 | 3/3/2008 3:48 PM MST | File Only | 2008cv180 Jamie Scott vs. DeVry Univeristy, Inc. and Ross School of Veterinary Medicine | Jennifer Reba Thomaidis, Thomaidis Law LLC | Return of Service | Affidavit of Service ON DEBBIE ROOUSE ST LEGAL ASST FOR DVREY UNIVERSITY ON 2-19-08 IN ILLINOIS | 0.1MB |
| 18771612 | 2/27/2008 12:46 PM MST | File Only | 2008cv180 Jamie Scott vs. DeVry Univeristy, Inc. and Ross School of Veterinary Medicine | Jennifer Reba Thomaidis, Thomaidis Law LLC | Civil Case Cover Sheet | Civil Case Cover Sheet, 16.1 NOT APPLICABLE | 0.1MB |
| 18613574 | 2/14/2008 2:42 PM MST | File Only | 2008cv180 Jamie Scott vs. DeVry Univeristy, Inc. and Ross School of Veterinary Medicine | Jennifer Reba Thomaidis, Thomaidis Law LLC | Civil Case Cover Sheet | Civil Case Cover Sheet, 16.1 NOT APPLICABLE | 0.1MB |
| | | | | | Summons Issued | Summons | 0.1MB |
| | | | | | Complaint | Jamie Scott Complaint | 0.1MB |

1-3 of 3 transactions   <<Prev Page 1 of 1 Next>>