Appendix B

# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal

Jamie Scott

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal

DeVry University, Inc. and Ross University School of Veterinary Medicine

### Section C - Pending Motions As of Date of Removal

Title of Motion:

1) 
2) 
3) 
4) 

(Use reverse for additional information if necessary)

Date Motion Filed:

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:

Signature of Attorney for Removing Party
Telephone Number: 303-223-1100
Date: March 20, 2008

State Court Case No.
2008 cv 180

(Rev. 4/6/06)