```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX008538
Cashier ID: sg
Transaction Date: 03/20/2008
Payer Name: BROWNSTEIN HYATT
----------------------------------
CIVIL FILING FEE
 For: BROWNSTEIN HYATT
 Amount:         $350.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

08-CV-00575


A fee of $45.00 will be assessed on
any returned check.
```