IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY UNIVERSITY, INC. and ROSS
UNIVERSITY SCHOOL OF VETERINARY
MEDICINE,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants DeVry University, Inc. ("DUI") and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited (incorrectly captioned as Ross University School of Veterinary Medicine) ("Ross"), through undersigned counsel, hereby make the following disclosures:

1. DUI is a privately held corporation wholly owned by DeVry, Inc., a publicly held corporation.

2. Ross is a wholly owned subsidiary of Ross University Management Inc. ("RUMI"), a privately held corporation. RUMI is a wholly owned subsidiary of Global Education International ("GEI"), a privately held corporation. GEI is a wholly owned subsidiary of International Education Holdings Inc. ("IEH"), a privately held corporation. Ross University Services Inc. ("RUSI") a privately held corporation, owns more than 10% of IEH. RUSI is a

wholly owned subsidiary of Dominica Management Inc. ("DMI"), a privately held corporation. DMI is a wholly owned subsidiary of DeVry, Inc., a publicly held corporation.

Respectfully submitted this 20th day of March, 2008.

*s/ David D. Powell, Jr.*
David D. Powell, Jr.
Leah P. VanLandschoot
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com
303-223-1100

Lisa Zeiler Joiner
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ljoiner@fulbright.com
202-662-4598

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on this 20th day of March, 2008, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed and served using Justice Link, e-mailed and/or deposited in the United States mail, postage prepaid, properly addressed to:

 Ms. Jennifer Reba Thomaidis
 Thomaidis Law, LLC
 1866 Vine Street
 Denver, Colorado 80206
 *ATTORNEY FOR PLAINTIFF*

        BROWNSTEIN HYATT FARBER SCHRECK, LLP

        *s/ David D. Powell, Jr.*
        David D. Powell, Jr.
        Leah P. VanLandschoot
        410 17th Street, Suite 2200
        Denver, Colorado 80202
        dpowell@bhfs.com
        lvanlandschoot@bhfs.com
        303-223-1100

99999\457\1133695.2