IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00575-WYD

JAMIE SCOTT

      Plaintiff,

v.

DEVRY UNIVERSITY, INC. and ROSS
UNIVERSITY SCHOOL OF VETERINARY
MEDICINE,

      Defendants.

---

## ORDER OF RECUSAL

---

      This matter is before me on a review of the file.  I have developed a personal

association through several organizations with Mr. David Powell, counsel for the

Defendants.  For this reason, I believe that it would be inappropriate for me to continue

to preside over this case.  Accordingly, I should recuse myself.  It is therefore

      ORDERED that the judge's file be returned to the clerk and that the case be

reassigned by random draw.

Dated:  March 24, 2008

                               BY THE COURT:


                               s/ Wiley Y. Daniel
                               Wiley Y. Daniel
                               U. S. District Judge