

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

March 25, 2008

See Notice of Electronic Filing

      Re:    Jamie Scott v. Devry University, Inc., et al.
            Civil Action Number: 08-cv-00575-EWN-MEH

Dear Counsel:

    Please be advised that the above referenced case has been reassigned to Chief Judge Edward W. Nottingham.  All future pleadings should reference the new judge designation in the civil action number as shown above.

    Thank you for your cooperation in this matter.

                        Very truly yours,
                        GREGORY C. LANGHAM, CLERK

                        By: s/ Linda Kahoe
                            Deputy Clerk

cc:    Magistrate Judge Michael E. Hegarty

(Rev. 10/02)