IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN

JAMIE SCOTT,

     Plaintiff,

v.

DEVRY UNIVERSITY, INC. and ROSS
UNIVERSITY SCHOOL OF VETERINARY
MEDICINE,

     Defendant.

---

## DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT

---

     Defendants, DeVry University, Inc. ("DUI") and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited (incorrectly captioned as Ross University School of Veterinary Medicine) ("Ross"), through undersigned counsel, request an extension of time in which to answer or otherwise respond to Plaintiff's Complaint.  Defendants provide the following in support of the Motion:

     1.    Plaintiff filed her Complaint on or about February 14, 2008 in the Boulder County District Court in Boulder, Colorado, and served DeVry's registered agent with a copy of the Complaint and Summons on February 19, 2008.  Defendants removed this action to the United States District Court for the District of Colorado on March 20, 2008.  Accordingly, DeVry's answer or other responsive pleading is due on or before March 27, 2008.  Furthermore, undersigned counsel has agreed to execute a waiver of service on behalf of Defendant Ross.

3.      Undersigned counsel was recently retained to represent Defendants in this matter and they are in the process of obtaining written documents and other information that will allow them to adequately respond to Plaintiff's Complaint.  Unfortunately, this process will not be complete by the current response deadline.

4.      In an effort to minize costs and streamline the case, counsel for the parties have stipulated to an extension of sixty (60) days from the date on which DeVry's initial answer would be due for each Defendant to file an answer or other response to Plaintiff's Complaint. Accordingly, Defendants respectfully request that they be granted until May 26, 2008 within which to answer or otherwise respond to Plaintiff's Complaint.

5.      The extension requested herein will not prejudice either party or the Court.

6.      Neither Defendant has requested any prior extensions of time.

7.      In accordance with D.C.COLO.LCivR 7.1A, undersigned counsel certifies that he has conferred with counsel for Plaintiff, Jennifer Reba Thomaidis, and Ms. Thomaidis stated that Plaintiff does not object to the present motion.

8.      In accordance with D.C.COLO.LCivR 6.1D, undersigned counsel certifies that a true and correct copy of this Motion was served upon Plaintiff's counsel and a representative of both Defendants.

WHEREFORE, Defendants respectfully request that this Court grant them an extension of time up to and including May 26, 2008, in which to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 27th day of March, 2008.

_s/ David D. Powell, Jr._
David D. Powell, Jr.
Leah P. VanLandschoot
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com
303-223-1100


Lisa Zeiler Joiner
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ljoiner@fulbright.com
202-662-4598

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of March, 2008, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

jennifer@thomaidislaw.com
*ATTORNEY FOR PLAINTIFF*

Ross University School of Veterinary Medicine (via electronic and/or United States mail)
P.O. Box 334
Basseterre, St. Kitts
West Indies

DeVry University (via electronic and/or United States mail)
One Tower Lane
Oakbrook Terrace, IL  60181

                                        BROWNSTEIN HYATT FARBER SCHRECK,
                                        LLP

                                        *s/ David D. Powell, Jr.*
                                        David D. Powell, Jr.
                                        Leah P. VanLandschoot
                                        410 17th Street, Suite 2200
                                        Denver, Colorado 80202
                                        dpowell@bhfs.com
                                        lvanlandschoot@bhfs.com
                                        303-223-1100

99999\457\1136697.1