IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY UNIVERSITY, INC. and ROSS
UNIVERSITY SCHOOL OF VETERINARY
MEDICINE,

    Defendant.

---

**ORDER GRANTING DEFENDANTS' <u>UNOPPOSED</u> MOTION
FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**

---

THIS MATTER comes before the Court on Defendants' Motion for Extension of Time to Answer or Respond to Complaint. The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby:

ORDERS that Defendants' motion is granted.


DATED this _____ day of _____, 2008.

                                  BY THE COURT:

                                  _____
                                  United States District Court Judge