IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN-MEH

JAMIE SCOTT,

      Plaintiff,

v.

DEVRY UNIVERSITY, INC., and
ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2008.**

      Defendants' Unopposed Motion for Extension of Time to Answer or Respond to Complaint [Filed March 27, 2008; Docket #7] is **granted**. Defendant shall file its Answer or other affirmative pleading on or before May 26, 2008. The parties are reminded of their obligations concerning their scheduling/planning conference and Rule 26(a)(1) disclosures, and the time frames for these events set forth in the Federal Rules of Civil Procedure.

      The parties are further reminded that Chief District Judge Edward W. Nottingham has directed that any dispositive motions be filed on or before November 20, 2008, and that discovery will need to conclude on October 20, 2008.