IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY UNIVERSITY, INC. and ROSS
UNIVERSITY SCHOOL OF VETERINARY
MEDICINE,

    Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of April, 2008, a true and correct copy of the foregoing **NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION PURSUANT TO 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

jennifer@thomaidislaw.com
*ATTORNEY FOR PLAINTIFF*

                                                BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                                *s/ David D. Powell, Jr.*
                                                David D. Powell, Jr.
                                                Leah P. VanLandschoot
                                                410 17th Street, Suite 2200
                                                Denver, Colorado 80202
                                                dpowell@bhfs.com
                                                lvanlandschoot@bhfs.com
                                                303-223-1100

12090\1\1143636.1