IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN

JAMIE SCOTT,

      Plaintiff,

v.

DEVRY UNIVERSITY, INC. and ROSS
UNIVERSITY SCHOOL OF VETERINARY
MEDICINE,

      Defendant.

---

## DEFENDANTS' <u>UNOPPOSED</u> MOTION TO RESET SCHEDULING CONFERENCE

---

Defendants, DeVry University, Inc. ("DUI") and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited (incorrectly captioned as Ross University School of Veterinary Medicine) ("Ross"), through undersigned counsel, request that the scheduling conference currently scheduled for May 28, 2008 be vacated and reset to June 19, 2008 or another date convenient to counsel and the Court.  Defendants state the following in support of the Motion:

      1.      On or about March 28, 2008, the Court issued a Minute Order confirming that the scheduling conference in this matter will be held on May 28, 2008.  Since the date of the Minute Order and because of outstanding commitments in other cases, defense counsel have determined that they cannot participate in a scheduling conference on the current date of May 28.

2.      In accordance with D.C.COLO.LCivR 7.1A, defense counsel certify that they have conferred with counsel for Plaintiff, Jennifer Reba Thomaidis , and determined that Plaintiff does not oppose Defendants' motion to reset the scheduling conference.

3.      Counsel for the parties have also determined that June 19, 2008, is the most convenient date to hold the scheduling conference.  Counsel have also agreed to meet and confer regarding their respective claims and defenses on June 2, 2008.

4.      The present motion is timely because it has been filed within the time frame stated in the Court's March 28, 2008 Minute Order.  Defendants also have not made any prior requests to extend the date for holding the scheduling conference and the requested extension will not prejudice either party or the Court.

5.      In accordance with D.C.COLO.LCivR 6.1D, undersigned counsel certifies that a true and correct copy of this Motion was served upon Plaintiff's counsel and a representative of both Defendants.

WHEREFORE, Defendants respectfully request that the Court vacate the May 28, 2008 scheduling conference and reset the scheduling conference to June 19, 2008 or a date that is convenient to the Court and the parties.

Respectfully submitted this 29th day of April, 2008.

_s/ David D. Powell, Jr._
David D. Powell, Jr.
Leah P. VanLandschoot

Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com
303-223-1100


Lisa Zeiler Joiner
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ljoiner@fulbright.com
202-662-4598

*ATTORNEYS FOR DEFENDANTS*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of April, 2008, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

jennifer@thomaidislaw.com
*ATTORNEY FOR PLAINTIFF*

Ross University School of Veterinary Medicine (via electronic and/or United States mail)
P.O. Box 334
Basseterre, St. Kitts
West Indies

DeVry University (via electronic and/or United States mail)
One Tower Lane
Oakbrook Terrace, IL  60181

<div style="margin-left:40%">

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*s/ David D. Powell, Jr.*
David D. Powell, Jr.
Leah P. VanLandschoot
410 17th Street, Suite 2200
Denver, Colorado 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com
303-223-1100

</div>