IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY UNIVERSITY, INC. and ROSS
UNIVERSITY SCHOOL OF VETERINARY
MEDICINE,

    Defendant.

**ORDER GRANTING DEFENDANTS' <u>UNOPPOSED</u> MOTION
TO RESET SCHEDULING CONFERENCE**

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Reset Scheduling Conference. The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby:

ORDERS that Defendants' motion is granted.

DATED this _____ day of _____, 2008.

BY THE COURT:

_____
United States District Court Judge