## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-575-EWN-MEH

JAMIE SCOTT,

      Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

      Defendant.

---

## DEMAND FOR TRIAL BY JURY

---

      Plaintiff Jamie Scott, by and through her undersigned counsel, hereby demands a trial by jury on all issues so triable.  Respectfully submitted this 3rd day of June, 2008.


June 3, 2008

      Respectfully,

*Original signature of Jennifer Reba Thomaidis, #38349,on file and available for inspection pursuant to C.R.C.P. 121.*

/s/ Jennifer Reba Thomaidis
Attorney for Plaintiff
Jennifer Reba Thomaidis
The Animal Law Center
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
Phone Number: 303-322-4355
E-mail: jrt@theanimallawcenter.com
FAX Number: 303-322-4354    Reg. #38349

Plaintiff's Address:
198 Moondance Lane
Black Hawk, Colorado 80403

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of June, 2008, a true and correct copy of the foregoing **DEMAND FOR TRIAL BY JURY** was filed and served using Justice Link, emailed and/or deposited in the United States mail, postage prepaid, properly addressed to:

Clerk of the Court
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado 80294-3589

David D. Powell, Jr.
Leah P. VanLandschoot
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com

Lisa Zeiler Joiner
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ljoiner@fulbright.com

By: *Original signature of Jennifer Reba Thomaidis, #39349,*
*on file and available for inspection pursuant to C.R.C.P. 121.*

/s/ Jennifer Reba Thomaidis
Attorney for Plaintiff
Jennifer Reba Thomaidis
The Animal Law Center
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
Phone Number: 303-322-4355
E-mail: jrt@theanimallawcenter.com
FAX Number: 303-322-4354    Reg. #38349