# Exhibit A

## DECLARATION OF GREGORY DAVIS

Pursuant to 28 U.S.C. § 1746, I, Gregory Davis, declare under oath as follows:

1. My name is Gregory Davis. I am over twenty-one years of age and am fully competent to make this Declaration.

2. I am currently employed as Vice President, General Counsel & Secretary of DeVry Inc. at its headquarters in Oakbrook Terrace, Illinois. DeVry Inc. is a publicly held international higher education company incorporated under the laws of the state of Delaware.

3. DeVry Inc. is not authorized to do business in the state of Colorado and does not have a registered agent in Colorado. DeVry Inc. has no offices in Colorado.

4. DeVry Inc. owns subsidiaries which operate schools and offer courses throughout the Unites States and in foreign countries. These schools include those operated by DeVry University, Ross University, Chamberlain College of Nursing, and Becker Professional Review.

5. DeVry University Inc. has schools in twenty-six different U.S. states and Canada. Becker Professional Review offers course locations in forty-four U.S. states and twenty-seven foreign countries. In addition, DeVry University, Chamberlain College of Nursing, and Becker Professional Review offer online courses and degree programs.

6. DeVry University Inc. has schools in Colorado. These schools are not operated by DeVry Inc. None of these schools are veterinary schools, and they are unrelated to Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited ("Ross").

7. Ross is managed by its own administration, including academic deans and faculty. Ross has an independent board which meets regularly.

8. Ross' admissions program is not controlled, dictated, or operated by DeVry Inc.

I declare under penalty of perjury that the foregoing is true and correct.

- 2 -

Executed June 9, 2008
Oakbrook Terrace, Illinois

_____
Gregory Davis