IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-00575-EWN-MEH | Date:   June 19, 2008 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| JAMIE SCOTT, | Jennifer Thomaidis |
| | Floyd Youngblood |
| Plaintiff, | |
| v. | |
| DEVRY UNIVERSITY, INC., and | David Daniel Powell, Jr. |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, | John Simpson (by phone) |
| SCHOOL OF VETERINARY MEDICINE LIMITED, | |
| Defendants | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC SCHEDULING CONFERENCE**

**Court in session:**     9:17 a.m.

Court calls case.  Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Cut off:**    December 15, 2008

**Initial Rule 26(a)(2) Disclosures:**    November 1, 2008
**Rebuttal Rule 26(a)(2) Disclosures:**        December 1, 2008

**Settlement Conference:**    September 17, 2008, at 10:00 a.m.
Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  Each party shall submit a Confidential Settlement Statement  to Magistrate Judge Hegarty **on or before September 10, 2008,** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

**Preliminary Pretrial Conference:** **September 17, 2008, at 10:00 a.m.**  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Prelminary Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before September 10, 2008.**

Scheduling Order entered on June 19, 2008.

**Court in recess:** 9:31 a.m. **(Hearing concluded)**
**Total time in Court:** 0:14