IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY UNIVERSITY, INC., and
ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2008.**

    The Minutes of the Scheduling Conference are amended to change the discovery deadline to November 15, 2008.  The dispositive motion deadline, set by Chief District Judge Edward W. Nottingham, is November 20, 2008.  *See* Dock. ##8, 15.