IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

---

    Now comes Plaintiff, Jamie Scott, and moves this Honorable Court for an extension of the available time to respond to the Defendants' Motion to Dismiss Plaintiff's Complaint. The original response time under F.R.C.P. 6 (a) and F.R.C.P. 12 (a) (1) falls on June 30, 2008.

    Plaintiff, under F.R.C.P. 6 (b), requests an extension of 14 days to July 14, 2008, by reason that the Plaintiff is located in the West Indies on the island of St. Kitts, which creates difficulty in timely communication. As Jamie Scott has limited phone and email capabilities, extra time is needed to ensure that all information is accurate. Accordingly, Defendants' 10 day reply period will begin running when Plaintiff's response is filed and also be extended by 14 days to August 1, 2008.

    WHEREFORE, I respectfully request an extension of response time, and for all other just and proper relief. I affirm under the penalties of perjury that the foregoing representations are true.

June 26, 2008

Respectfully,

*Original signature of Jennifer Reba Thomaidis, #38349,on file and available for inspection pursuant to C.R.C.P. 121.*

/s/ Jennifer Reba Thomaidis
Attorney for Plaintiff
Jennifer Reba Thomaidis
The Animal Law Center
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
Phone Number: 303-322-4355
E-mail: jrt@theanimallawcenter.com
FAX Number: 303-322-4354    Reg. #38349

Plaintiff's Address:
198 Moondance Lane
Black Hawk, Colorado 80403

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 26th day of June, 2008, a true and correct copy of the foregoing **DEMAND FOR TRIAL BY JURY** was filed and served using Justice Link, emailed and/or deposited in the United States mail, postage prepaid, properly addressed to:

Clerk of the Court
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado 80294-3589

David D. Powell, Jr.
Leah P. VanLandschoot
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com

Lisa Zeiler Joiner
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ljoiner@fulbright.com

  By: *Original signature of Jennifer Reba Thomaidis, #39349, on file and available for inspection pursuant to C.R.C.P. 121.*

/s/ Jennifer Reba Thomaidis
Attorney for Plaintiff
Jennifer Reba Thomaidis
The Animal Law Center
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
Phone Number: 303-322-4355
E-mail: jrt@theanimallawcenter.com
FAX Number: 303-322-4354    Reg. #38349

3