# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

    Defendant.

---

## PROPOSED ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on _____.**

Plaintiff's Unopposed Motion for Extension of Time Respond to the Defendants' Motion to Dismiss Plaintiff's Complaint [Filed June 26, 2008; Docket \_\_\_ ] is **granted**. Plaintiff shall file its Response on or before July 14, 2008. Defendants shall file their reply on or before August 1, 2008.