**PLAINTIFF EXHIBIT B**





| CORPORATE INFORMATION | INVESTOR RELATIONS | NEWS | CAREERS AT DEVRY |

Home | Contact Us

- Shareholder Information
- Stock Chart
- SEC Filings
- Fundamentals
- Annual Report
- Webcasts
- Investor Presentation
- Event Calendar
- Email Alerts
- Investment Calculator
- Request Information
- Investor FAQ
- Contact Investor Relations
- News

**DV:NYSE**
07/14/2008 02:07 PM ET
Current Price: $53.20
Change: -1.09
% Change: -2.01%
Quote delayed 20 min.

- What is the address of DeVry Inc.'s corporate headquarters?
- What is DeVry Inc.?
- What programs do your divisions offer?
- Who are your competitors?
- What is your competitive advantage?
- What is DeVry Inc.'s history?
- When did DeVry Inc. go public?
- What is the stock split history of DeVry Inc.?
- What is DeVry Inc.'s web site address?
- How do I contact DeVry Inc. to ask investor relations (IR) questions?
- How can I request DeVry Inc. IR materials?
- Where can I go to find DeVry Inc.'s current stock price?
- On which stock exchange is DeVry Inc. listed and under what symbol?
- How can I invest in DeVry Inc.?
- Does DeVry Inc. have a dividend program?
- How can I contact DeVry Inc.'s transfer agent?
- Whom do I contact for maintenance of my DeVry Inc. shares related to issues such as transferring ownership, address changes or lost or stolen certificates?
- When does DeVry issue quarterly earnings releases?
- What is the acquisition history of DeVry Inc.?
- When is DeVry's annual meeting of stockholders?

**STOCK INFORMATION**

| | |
|---|---|
| Price | $ 53.20 |
| Last Trade | 02:07 PM Jul 14, 2008 |
| Change | $ -1.09 |
| Volume | 390,336 |
| Day Low | $ 52.30 |
| Day High | $ 54.58 |

Powered By EDGAR Online

**Contact**
Joan Bates
DeVry
Phone: 630.574.1949
E-mail: jbates@devry.com

**Transfer Agent**
Computershare Investor Services, L.L.C.
2 North LaSalle Street
Chicago, IL 60602
Phone: (312)588-4189

**Independent Registered Public Accounting Firm**
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, IL 60606

**Q. What is the address of DeVry Inc.'s corporate headquarters?**

A. DeVry Inc., One Tower Lane, Oakbrook Terrace, IL 60181. The phone number is 630-571-7700.

back to top

**Q. What is DeVry Inc.?**

A. DeVry Inc. (NYSE: DV) is the parent organization of DeVry University, Advanced Academics, Ross University, Chamberlain College of Nursing and Becker Professional Review. DeVry University, which includes Keller Graduate School of Management, offers associate, bachelor's and master's degree programs in technology, healthcare technology, business and management. Advanced Academics provides online secondary education to school districts throughout the U.S. Ross University offers doctoral degree programs through its schools of Medicine and Veterinary Medicine. Chamberlain College of Nursing offers associate and bachelor's degree programs in nursing. Becker Professional Review, which includes Becker CPA Review and Stalla Review for the CFA Exams, provides professional education and exam review for accounting and finance professionals.

back to top

Q. What programs do your divisions offer?

A. DeVry University offers associate, bachelor's and master's degree programs in technology, healthcare technology, business and management to more than 57,000 students at more than 80 locations throughout North America and through DeVry University Online. As the leading provider of preparatory coursework for the certified public accountant and chartered financial analyst examinations, Becker Professional Review serves more than 47,000 students annually in more than 250 locations worldwide. Ross University is one of the largest medical and veterinary schools in the world, awarding both doctor of medicine (M.D.) and doctor of veterinary medicine (D.V.M.) degrees. Ross serves more than 3,800 students. Chamberlain College of Nursing serves more than 1,000 students, offering onsite and online associates and bachelor's degrees in nursing. Chamberlain also offers a bachelor's degree completion program for registered nurses who have previously earned an associates degree.

back to top

Q. Who are your competitors?

A. DeVry has a unique business model, and no single competitor exists for the breadth of what we offer our students. At the undergraduate level, DeVry University competes with other colleges and universities for recent high school graduates and adults who wish to continue their education. A growing number of our students have had one or two years' experience at a traditional college, and come to us looking for hands-on, applications oriented degree programs that will help them launch a career. At the graduate level, more than 98 percent of our students are full-time working professionals who are middle managers looking to advance their careers. Becker competes with other companies and educational institutions that offer exam-preparation classes. Ross University competes with other educational institutions that offer medical and veterinary degrees. Similarly, Chamberlain College of Nursing competes with other institutions offering nursing degrees.

back to top

Q. What is your competitive advantage?

A. DeVry University provides a learning experience that is career-oriented. At the undergraduate level, the university focuses on the employment of its graduates. Over the past 10 years, more than 91 percent of our undergraduates were at work in their chosen field of study within six months of graduation at an average starting salary of more than $41,000 per year. At the graduate level, Keller Graduate School of Management's practitioner orientation and excellence in teaching provide working adult students with knowledge that is relevant to their jobs.

The DeVry University system also has a national brand name, undergraduate and graduate degree programs, delivered onsite and online, tuition that is much less than the average tuition at other private institutions, student eligibility for federal and state financial assistance programs and a teaching-based approach to education. In addition, DeVry University is regionally accredited.

With a 50-year history of preparing students for certification exams, Becker Professional Review is the leader in professional exam preparation with an outstanding student pass rate, an established brand and a global presence.

Founded in 1978, Ross University is one of the largest medical and veterinary schools in the world. Focused exclusively on professional medical and veterinary medical education, the university awards both doctor of medicine (M.D.) and doctor of veterinary medicine (D.V.M.) degrees.

Building on nearly 120 years of history, Chamberlain College of Nursing offers flexible and progressive academic nursing programs that can be completed in three years instead of the traditional four. Chamberlain is also regionally accredited.

back to top

Q. What is DeVry Inc.'s history?

A. Herman A. DeVry founded DeForest Training School in Chicago in 1931. Students were taught technical skills in electricity, motion pictures, radio and television. In 1953, the school was renamed DeVry Technical Institute, and in 1967, became a part of the Bell & Howell Education Group.

In 1973, former Bell & Howell employees Dennis J. Keller and Ronald L. Taylor founded what later became Keller Graduate School of Management. In 1987, Keller Graduate School purchased DeVry Institutes from Bell & Howell in a $182 million leveraged buyout, and the holding company was renamed DeVry Inc.

In 1996, DeVry Inc. acquired Becker CPA Review, now Becker Professional Review. Becker helps certified public accountant, certified management accountant and chartered financial analyst candidates prepare for professional certification exams by providing training programs that are highly responsive to students' needs.

In February 2002, the Higher Learning Commission of the North Central Association approved the merger of the accreditations of DeVry Institutes and Keller Graduate School of Management, forming a single educational institution with the name DeVry University.

In 2003, DeVry Inc. acquired Ross University, the operator of Ross University School of Medicine and Ross University School of Veterinary Medicine. Ross University is one of the world's largest providers of medical and veterinary education with more than 3,200 students enrolled.

In 2005, the company acquired Chamberlain College of Nursing and Gearty CPE.

In 2007, DeVry Inc. acquired Advanced Academics Inc.

Today, DeVry Inc. owns and operates DeVry University, Advanced Academics, Ross University, Chamberlain College of Nursing and Becker Professional Review.

back to top

Q. **When did DeVry Inc. go public?**
A. The company's initial public offering was in June 1991, with a follow-on offering in March 1993 and a secondary offering by venture capital holders in April 1997.

back to top

Q. **What is the stock split history of DeVry Inc.?**
A. May 1995 - 2 for 1
December 1996 - 2 for 1
June 1998 - 2 for 1

back to top

Q. **What is DeVry Inc.'s web site address?**
A. The web site is www.devryinc.com.

back to top

Q. **How do I contact DeVry Inc. to ask investor relations (IR) questions?**
A. Extensive IR information is available here. Or feel free to call Joan Bates, Director of Investor Relations, at 630/574-1949.

back to top

Q. **How can I request DeVry Inc. IR materials?**

A. Simply complete the request form on the web site.

back to top

Q. Where can I go to find DeVry Inc.'s current stock price?

A. The stock price is located on our Shareholder Information page.

back to top

Q. On which stock exchange is DeVry Inc. listed and under what symbol?

A. DeVry Inc. is listed on the New York Stock Exchange and the Chicago Stock Exchange under the symbol DV.

back to top

Q. How can I invest in DeVry Inc.?

A. Any registered broker/dealer will be able to assist you.

back to top

Q. Does DeVry Inc. have a dividend program?

A. Yes, DeVry declared it first dividend in November 2006. The board stated its intent to declare semi-annual dividends going forward. For more information about the dividend program, please see company's news release under the "News" tab on this web site.

back to top

Q. How can I contact DeVry Inc.'s transfer agent?

A. Call Computershare Investor Services at 312-588-4189 or visit their web site at www-us.computershare.com.

back to top

Q. Whom do I contact for maintenance of my DeVry Inc. shares related to issues such as transferring ownership, address changes or lost or stolen certificates?

A. Call Computershare Investor Services at 312-588-4189.

back to top

Q. When does DeVry issue quarterly earnings releases?

A. DeVry's fiscal year end is June 30, with quarters ending on September 30, December 31, March 31 and June 30. DeVry typically issues its quarterly earnings release about three weeks following the end of the quarter. Enrollment data is reported in April, August and December.

back to top

Q. What is the acquisition history of DeVry Inc.?

A. Becker CPA Review 1996
   Gross-Monette CPA Review 1998
   Fox Gearty CPA Review 1999
   Conviser Duffy CPA Review 1999
   Denver Technical College 1999
   Ohio Professional Centers 1999
   CPA assets of BARBRI Professional Testing, Inc. 1999
   Stalla Seminars 2001
   Ross University 2003
   Person Wolinsky 2003
   Chamberlian College of Nursing 2005
   Gearty CPE 2005
   Advanced Academics Inc. 2007
   back to top

Q. When is DeVry's annual meeting of stockholders?

A. DeVry's next annual meeting will be held November 13, 2008 at the Drury Lane Theatre.

back to top

Home    DeVry University    Keller Graduate School of Management    Ross University
Chamberlain College of Nursing    Becker Professional Review

© 2005 DeVry University, All Rights Reserved    Privacy Policy