

# PLAINTIFF EXHIBIT C

Home | Contact Us

DeVry University     Keller Graduate School of Management     Ross University     Chamberlain College of Nursing     Becker Professional Review

About DeVry Inc.

Mission, Purposes, Vision and Values

History

Senior Management and Directors

Corporate Governance

Corporate Partnering



One of the world's largest, publicly held, higher education companies. DeVry Inc. is the holding company for DeVry University, Ross University, Chamberlain College of Nursing and Becker Professional Review.

PURPOSES / VISION / VALUES

**Purposes**

To offer applications-oriented undergraduate education that includes a well-designed general education component to broaden student learning and strengthen long-term personal and career potential.

To offer practitioner-oriented graduate education that focuses on the applied concepts and skills required for success in a global economy.

To provide market-driven curricula developed, tested and continually improved by faculty and administrators through regular outcomes assessment and external consultation with business leaders and other educators.

To continually examine the evolving needs of students and employers for career-oriented higher education programs as a basis for development of additional programs.

To promote teaching excellence through comprehensive faculty training and professional development opportunities.

To provide an interactive and collaborative educational environment that strengthens learning, provides credentialing opportunities, and contributes to life-long educational and professional growth.

To provide student services that contribute to academic success, personal development and career potential.

To serve student and employer needs by offering effective career entry and career development services.

**Vision**

DeVry will become the leading global provider of career-oriented educational services. We will create value for society and all our stakeholders by offering:

1. superior, responsive educational programs, that are
2. supported by exceptional service to students, and
3. delivered with integrity and accountability.

**Values and Behaviors**

In striving to accomplish our vision and meet the needs of our students, we share the following values and behaviors:

**DV:NYSE**
07/11/2008 04:00 P M ET

Current Price:  **$54.29**

Change:  **+0.16**

% Change:  **+0.30%**

Quote delayed 20 min.

STOCK INFORMATION

| | |
|---|---|
| Price | **$ 54.29** |
| Last Trade | 04:00 PM Jul 11 , 2008 |
| Change | $ +0.16 |
| Volume | 918,113 |
| Day Low | $ 52.98 |
| Day High | $ 55.00 |

**T**eamwork and communication

Focus on team success over individual success
Express new ideas and challenge the status quo
Recognize that when issues arise, we work the issue, not the person
Communicate with candor and openness

**E**mployee focus

Treat every colleague with respect
Ensure the right people are in the right roles
Enable colleagues to achieve their full potential
Maintain a culture that supports and thrives on diversity

**A**ccountability and integrity = ownership

Hold ourselves accountable for student outcomes and for achieving results, with integrity, ethics, and sound judgment
Own the results, even if we do not control every aspect of the process
Act like a small business owner, speak up, and drive results
Focus on how we can get the job done, not why we cannot

**C**ontinuous improvement

Embrace reality
Make decisions based on data, not opinion
Foster change and agility
Take appropriate risks; not every initiative will work – if it does not, learn from it
Strive for quality in everything we do

**H**elp our students achieve their goals

Remember that students and their success are our top priorities
Focus on student outcomes: learning, satisfaction, retention, and career goals
Provide outstanding service: treat all students as we would want to be treated

INSTITUTIONAL MISSION STATEMENTS

**DeVry University**

The mission of DeVry University is to foster student learning through high-quality, career-oriented education integrating technology, business and management. The university delivers practitioner-oriented undergraduate and graduate programs onsite and online to meet the needs of a diverse and geographically dispersed student population.

**Ross University**

The mission of Ross University is to prepare highly dedicated students to become effective, successful veterinarians or physicians in the United States.

**Chamberlain College of Nursing**

The mission of Chamberlain College of Nursing is the provision of quality and innovative health care education programs in cost-effective and consumer-oriented practice environments. The College offers programs with a strong historical foundation, broad general education background, and extensive clinical practice that culminate in compassionate and clinically proficient graduates. The College is committed to fostering personal growth, career mobility, community service, and leadership among health care professionals.

**Becker Professional Review**

To serve the global accounting and finance professions, one professional at a time, through innovative, high-quality educational solutions and services from career-start to finish.

Home     DeVry University     Keller Graduate School of Management     Ross University
Chamberlain College of Nursing     Becker Professional Review

© 2008 DeVry Inc, All Rights Reserved     Privacy Policy