

**Admissions Advisor**

**Location:** Westminster, CO
**Last Updated:** 06/17/2008

[Submit Your Application]

[Send to a Friend]

PLAINTIFF EXHIBIT E

**Job Description:**

It's Not Just a Job
................It's a Career!

DeVry Inc. (NYSE: DV) is the parent organization of DeVry University, Advanced Academics, Ross University, Chamberlain College of Nursing and Becker Professional Review. DeVry University, which includes Keller Graduate School of Management, offers associate, bachelor's and master's degree programs in technology, healthcare technology, business and management. Advanced Academics provides online secondary education to school districts throughout the U.S. Ross University offers doctoral degree programs through its schools of Medicine and Veterinary Medicine. Chamberlain College of Nursing offers associate and bachelor's degree programs in nursing. Becker Professional Review, which includes Becker CPA Review and Stalla Review for the CFA Exams, provides professional education and exam review for accounting and finance professionals. For more information, visit http://www.devryinc.com.

Under supervision, responsible for generating prospective students for enrollment in DeVry's academic programs; using established leads, contacts students to obtain their approval to start the enrollment process; responsible for all phases of the student admissions process from marketing the program with students to qualifying them for enrollment in a DeVry education.

Our ideal candidate will possess a strong desire to positively impact potential students, guiding them through a process of career choices, educational options and enrollment procedures. Candidates should be motivated to achieve success in sales and meet overall recruitment goals. BS/BA strongly preferred. We provide extensive product & sales training.

We offer excellent income opportunities with potential for advancement into management. Our employees enjoy additional benefits, which include medical/dental/life insurance, profit sharing, tuition assistance and the opportunity to change students' lives.


Qualifications

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

We are proud to be an EEO employer M/F/D/V. We maintain a drug-free workplace and perform pre-employment substance abuse testing.

Careebuilder Keywords: ADA, Assistant Director of Admissions, Director of Admissions, Enrollment Manager, High School Recruiter, Master Admissions Rep, Team Lead Admissions Advisor, outside sales, recruiting, account executive, account rep, account representative, staffing, enrollments, conversions, goal, student recruitment..



powered by CERIDIAN

© 2003 DeVry University. All rights reserved.
Privacy Policy