

**Graduate Admissions Advisor**
Location: Colorado Springs, CO
Last Updated: 11/30/2007

**PLAINTIFF EXHIBIT F**

[ Submit Your Application ]

[ Send to a Friend ]

**Job Description:**

DeVry Inc. (NYSE: DV) is the parent organization of DeVry University, Advanced Academics, Ross University, Chamberlain College of Nursing and Becker Professional Review. DeVry University, which includes Keller Graduate School of Management, offers associate, bachelor's and master's degree programs in technology, healthcare technology, business and management. Advanced Academics provides online secondary education to school districts throughout the U.S. Ross University offers doctoral degree programs through its schools of Medicine and Veterinary Medicine. Chamberlain College of Nursing offers associate and bachelor's degree programs in nursing. Becker Professional Review, which includes Becker CPA Review and Stalla Review for the CFA Exams, provides professional education and exam review for accounting and finance professionals. For more information, visit http://www.devryinc.com.

Admissions Advisor – Graduate (Account Manager)

Sells Graduate programs to prospective students and facilitates the new student recruitment process which includes telemarketing; personal selling; admissions testing, and decision making; and generating leads through corporate and community outreach. Develops and maintains relationships with new and continuing students including: following up and soliciting feedback from students on their progress, encouraging enrollment, assisting in course selection, counseling activities.

REQUIREMENTS :

Bachelor's degree strongly preferred. 1-2 years of direct sales experience desired. Must be a self-starter. Outstanding verbal communication skills are required. Must have quality voice and pronunciation skills and be able to speak well and be clearly understood. Candidates should be motivated to achieve success in sales and meet recruitment goals.

We are proud to be an EEO employer. We maintain a drug-free workplace and perform pre-employment substance abuse testing.

Careerbuilder keywords: recruiter, recruitment, staffing, enrollment, admissions, admissions advisor, admissions representative, account executive, account exec, account manager, account mgr, inside sales.

powered by CERIDIAN

© 2003 DeVry University. All rights reserved.

Privacy Policy