IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-575-EWN-MEH

**PLAINTIFF EXHIBIT G**

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

    Defendant.

---

### AFFIDAVIT OF TERI BARNATO

---

I, Teri Barnato, state and affirm the following:

1. I am the former national director for the Association of Veterinarians for Animal Rights (AVAR), a nonprofit veterinary medical association.

2. While the former national director of AVAR, I was approached by Jamie Scott, a veterinary student at Ross University School of Veterinary Medicine, to assist with her efforts to become a veterinarian without harming or killing animals while attending Ross University.

3. Also while the national director of the AVAR, I frequently attended the American Veterinary Medical Association's (AVMA) conventions and staffed the AVAR's display booth. I attended these conventions with the goal of distributing information about animal protection and to make contacts with other attendees. In 2006, I attended the American Veterinary Medical Association's convention held in Hawaii.

4. While at the AVMA convention in Hawaii, I approached and spoke with Lisa Miller, a representative of Ross University School of Veterinary Medicine who was stationed at that school's display booth. I asked Lisa Miller why Ross University's veterinary school continued to have terminal (fatal) procedures as part of its teaching curriculum when many other veterinary schools have dropped them in favor of training students without harming or killing animals. I explained to her that AVAR had received numerous complaints about Ross University's veterinary curriculum over the past few years. Lisa Miller replied to me that Ross University does not have that type of training anymore. I sought clarification from her by reframing the question of whether students are required to harm or kill animals while training at Ross University's veterinary school. She replied that they do not require students to kill animals because they do not have that type of training anymore. She made this statement to me and in front of two young men who were standing at the booth.

5. After Lisa Miller made the statement about Ross University's veterinary school curriculum having no harmful or fatal procedures on animals, I asked whether she or someone else representing Ross University would agree to be interviewed about the school's surgery training program for the AVAR's *Alternatives in Veterinary Medical Education* newsletter which is distributed to veterinary students in the US and Canada. She told me that she thought that someone would be willing to do this, and then she provided her business card and told me to contact her after the convention.

6. After the AVMA convention, I instructed Pam Runquist, an AVAR employee, to contact Lisa Miller about the article on alternatives for the AVAR's newsletter. Ms. Runquist emailed Lisa Miller with the questions for the article. Lisa Miller responded by referring Ms. Runquist to Laura Goddard, Director of Marketing. Ms. Goddard did not respond to Ms. Runquist.

_____      7-14-08
**Teri Barnato**                     **Dated**

Subscribed and Sworn to me on the 14TH day of July, 2008. Teri Barnato proved to me on the basis of satisfactory evidence to be the person who appeared before me _____

**SEAL**
JOHN F. JOHNSON
Commission # 1782818
Notary Public - California
Placer County
My Comm. Expires Dec 1, 2011

**Signature of Notary**

Dec. 1, 2011
_____
**My Commission Expires**