IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED,

    Defendants.

---

## NOTICE OF APPEARANCE

John M. Simpson hereby notices his appearance as counsel in the above-captioned matter on behalf of Defendants DeVry Inc. and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited.

Respectfully submitted this 15th day of July, 2008.

    s/ John M. Simpson
    John M. Simpson
    Ashley E. Seuell
    Lisa Zeiler Joiner
    Fulbright & Jaworski L.L.P.
    801 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    jsimpson@fulbright.com
    202-662-4539

    David D. Powell, Jr.
    Leah P. VanLandschoot
    Brownstein Hyatt Farber Schreck, LLP
    410 17th Street, Suite 2200

Denver, Colorado 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com
303-223-1100

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of July, 2008, a true and correct copy of the foregoing **Notice of Appearance** was filed electronically and was sent to counsel for Jamie Scott via e-mail at the following address:

Jennifer Reba Thomaidis
The Animal Law Center, LLC
4465 Kipling Street, Suite 108
jrt@theanimallawcenter.com
*ATTORNEY FOR PLAINTIFF*

                                                s/ Ashley E. Seuell
                                                Ashley E. Seuell
                                                Fulbright & Jaworski L.L.P.
                                                801 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20004
                                                aseuell@fulbright.com
                                                202-662-4598