IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

    Defendant.

---

**RECONSIDERATION OF UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND**

---

Now comes Plaintiff, Jamie Scott, and moves this Honorable Court to reconsider an extension of the available time to respond to the Defendants' Motion to Dismiss Plaintiff's Complaint. The original response time under F.R.C.P. 6 (a) and F.R.C.P. 12 (a) (1) fell on June 30, 2008.

Plaintiff, under F.R.C.P. 6 (b), previously requested an extension of 14 days to July 14, 2008, by reason that the Plaintiff is located in the West Indies on the island of St. Kitts with limited phone and email capabilities which creates difficulty in timely communication. Accordingly, Defendants' 10 day reply period also was extended to begin running when Plaintiff's response was filed and also be extended by 14 days to August 1, 2008.

Plaintiff filed her Response on July 14, 2008. The Court, on July 18, 2008, denied Plaintiff's Unopposed Motion for Extension of Time for failure to comply with

D.C.COLO.LCivR 7.1.  Plaintiff's attorney's office mistakenly believed that titling the Motion as "Unopposed" and stating the extended reply period for Defendant in the Motion comported with the Rule that opposing attorneys confer or make reasonable, good-faith efforts to confer. Indeed, before the Motion was submitted to the Court, Plaintiff emailed a draft to and conferred with Defendants' counsel to ensure that all dates were acceptable to Defendant.

Further, Plaintiff apologizes to the Court, as Plaintiff's attorney's office mistakenly believed that D.C.COLO.LCivR 6.1 governed a Motion for Extension of Time, and that D.C.COLO.LCivR 7.1 governed other types of Motions.  This Unopposed Motion was Plaintiff's first request for extension.  being Plaintiff's first request for extension, Plaintiff believed that the document as submitted satisfied all the requirements detailed in D.C.COLO.LCivR 6.1.

WHEREFORE, Plaintiff respectfully requests an extension of response time, and for all other just and proper relief.

July 23, 2008

Respectfully,

*Original signature of Jennifer Reba Thomaidis, #38349,on file and available for inspection pursuant to C.R.C.P. 121.*

/s/ Jennifer Reba Thomaidis
Attorney for Plaintiff
Jennifer Reba Thomaidis
The Animal Law Center
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
Phone Number: 303-322-4355
E-mail: jrt@theanimallawcenter.com
FAX Number: 303-322-4354    Reg. #38349

Plaintiff's Address:
198 Moondance Lane
Black Hawk, Colorado 80403

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of July, 2008, a true and correct copy of the foregoing **DEMAND FOR TRIAL BY JURY** was filed and served using Justice Link, emailed and/or deposited in the United States mail, postage prepaid, properly addressed to:

Clerk of the Court
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado 80294-3589

David D. Powell, Jr.
Leah P. VanLandschoot
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com

Lisa Zeiler Joiner
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ljoiner@fulbright.com

By: *Original signature of Jennifer Reba Thomaidis, #39349, on file and available for inspection pursuant to C.R.C.P. 121.*

/s/ Jennifer Reba Thomaidis
Attorney for Plaintiff
Jennifer Reba Thomaidis
The Animal Law Center
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
Phone Number: 303-322-4355
E-mail: jrt@theanimallawcenter.com
FAX Number: 303-322-4354    Reg. #38349