# Exhibit A

- 1 -

## DECLARATION OF GREGORY DAVIS

Pursuant to 28 U.S.C. § 1746, I, Gregory Davis, declare under oath as follows:

1. My name is Gregory Davis. I am over twenty-one years of age and am fully competent to make this Declaration.

2. I am currently employed as Executive Vice President, General Counsel & Secretary of DeVry Inc. at its headquarters in Oakbrook Terrace, Illinois. DeVry Inc. is a publicly held international higher education company incorporated under the laws of the state of Delaware.

3. Lisa Miller was employed by Ross University. Her job title was Assistant Dean of Admissions for Ross University. She was never an employee of DeVry Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 31, 2008
Oakbrook Terrace, Illinois

_____
Gregory Davis