IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 1:08-cv-575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

    Defendants.

---

### ENTRY OF APPEARANCE
---

    Floyd M. Youngblood hereby notices his appearance as counsel in the above-captioned case on behalf of Plaintiff Jamie Scott.

    Respectfully submitted this 8th day of September, 2008.

                           s/Floyd M. Youngblood
                           Floyd M. Youngblood, P.C
                           4465 Kipling Street
                           Suite 102
                           Wheat Ridge, CO 80033
                           fmy@theanimallawcenter.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 8th day of September, 2008 a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed electronically and was sent to Defendats counsel via email at the following addresses.

David D. Powell, Jr.
Leah P. VanLandschoot
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
303-223-1100

John M. Simpson
Ashley E. Seuell
Lisa Zeiler Joiner
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-662-0200

Attorneys for Defendant

                                             s/Floyd M. Youngblood
                                             Floyd M. Youngblood
                                             4465 Kipling Street, Suite 102
                                             Wheat Ridge, CO 80033
                                             303-322-4355