IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,
v.

DEVRY UNIVERSITY, INC., and
ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 17, 2008.**

    The parties appeared today for a settlement conference. Due to issues impeding substantive settlement negotiations, the Court continues the conference to a later date. The parties shall conference together and call my Chambers at (303) 844-4507 on **Monday, September 29, 2008 at 10 a.m.**, to discuss the status of the parties' respective considerations of their settlement positions, and, if appropriate, to set a settlement conference date.