IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

    Defendants.

**STIPULATED MOTION FOR EXTENSION OF TIME**

    Now comes Plaintiff, Jamie Scott, and moves this Honorable Court for an extension of the available time to meet all deadlines as outlined in both the Scheduling and Preliminary Pretrial Order for a period of 45 days under Local Civil Rule 7.1. The parties appeared on September 17, 2008 for a settlement conference. The Court has continued the conference to a later date. As outlined in United States Magistrate Judge Hegarty's Minute Order, the parties shall reconvene on Monday, September 29, 2008 at 10 a.m. to discuss the parties' respective settlement positions and potentially set another settlement conference date.

    WHEREFORE, we respectfully request an extension of time, and all other just and proper relief. In accordance with all Federal and Local Rules, I have discussed this Motion with counsel for the Defendants, and Defendants consent to the requested extension. I affirm under the penalties of perjury that the foregoing representations are true.

September 22, 2008

Respectfully,

*Original signature of Jennifer Reba Thomaidis, #38349,on file and available for inspection pursuant to C.R.C.P. 121.*

/s/ Jennifer Reba Thomaidis
Attorney for Plaintiff
Jennifer Reba Thomaidis
The Animal Law Center
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
Phone Number: 303-322-4355
E-mail: jrt@theanimallawcenter.com

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of September, 2008, a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME** was filed and served using Justice Link, emailed and/or deposited in the United States mail, postage prepaid, properly addressed to:

Clerk of the Court
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado 80294-3589

David D. Powell, Jr.
Leah P. VanLandschoot
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com

Ashley Seuell
John Simpson
Lisa Zeiler Joiner
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ljoiner@fulbright.com

By: *Original signature of Jennifer Reba Thomaidis, #39349, on file and available for inspection pursuant to C.R.C.P. 121.*

/s/ Jennifer Reba Thomaidis
Attorney for Plaintiff
Jennifer Reba Thomaidis
The Animal Law Center
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
Phone Number: 303-322-4355
E-mail: jrt@theanimallawcenter.com
FAX Number: 303-322-4354