IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

    Defendant.

---

**PROPOSED ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on _____.**

Plaintiff's Unopposed Motion for Extension of Time Respond to all parties for 45 days on deadlines in the case. [Filed September 22, 2008; Docket \_\_\_ ] is **granted**.