IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-EWN-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY UNIVERSITY, INC., and
ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 29, 2008.**

    For good cause shown, Plaintiff's Stipulated Motion for Extension of Time [filed September 22, 2008; docket #40] is **granted**. The Scheduling Order in this matter is amended as follows:

    Initial expert reports due: November 15, 2008
    Rebuttal expert reports due: December 15, 2008
    Discovery Deadline: December 31, 2008
    Dispositive Motion Deadline: January 5, 2009