IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00575-PAB-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED,

    Defendants.

**STIPULATED AND UNOPPOSED MOTION FOR EXTENSION OF TIME**

    The parties hereby request an extension of time for all deadlines outlined in the Scheduling and Preliminary Pretrial Orders for a period of 90 days. The parties have been engaged in good faith settlement negotiations since the September 17, 2008 settlement conference. Those negotiations are ongoing through the mediation of Magistrate Judge Hegarty. Plaintiff previously filed on September 22, 2008, an Unopposed Motion for Extension of Time as to these deadlines. Defendants have not previously filed for an extension of these deadlines.

    In accordance with all Federal and Local Rules, I have discussed this Motion with counsel for the Plaintiff, and Plaintiff consents and stipulates to this Motion for Extension of Time.

    Respectfully submitted this 17th day of December, 2008.

                                        s/ Ashley E. Seuell
                                        Ashley E. Seuell

12090\1\1227563.1

John M. Simpson
Lisa Zeiler Joiner
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
jsimpson@fulbright.com
aseuell@fulbright.com
202-662-0200


David D. Powell, Jr.
Leah P. VanLandschoot
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
dpowell@bhfs.com
lvanlandschoot@bhfs.com
303-223-1100


*ATTORNEYS FOR DEFENDANTS*

<u>Certificate of Service</u>

The undersigned hereby certifies that on this 17th day of December, 2008, a true and correct copy of the foregoing was filed via ECF and thereby served upon:

Jennifer Reba Thomaidis
Attorney for Plaintiff
4465 Kipling Street Suite 108
Wheat Ridge, CO 80033
jrt@theanimallawcenter.com

In accordance with the Local Rules, a copy has been sent to a representative(s) of the Defendants, DeVry Inc. and Ross University School of Medicine, School of Veterinary Medicine.

    /s Ashley E. Seuell
Ashley E. Seuell

12090\1\1227563.1