IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00575-PAB-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED,

    Defendants.

**PROPOSED ORDER**

Because the parties' good faith settlement negotiations are ongoing, the Stipulated and Unopposed Motion for Extension of Time is hereby GRANTED and all deadlines are extended by 90 days. Discovery shall close on March 31, 2009, and the deadline for the filing of dispositive motions is April 6, 2009.

Entered on this ___ day of December, 2008.

                                                          _____
                                                          Michael H. Hegarty
                                                          United States Magistrate Judge