IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00575-PAB-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY UNIVERSITY, INC., and
ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 18, 2008.**

    For good cause shown, the Stipulated and Unopposed Motion for Extension of Time [filed December 17, 2008; docket #45] is **granted**.  The Scheduling Order in this matter is amended as follows:

    Discovery Deadline: **March 31, 2009**
    Dispositive Motion Deadline: **April 6, 2009**