**MINUTE ENTRY FOR SETTLEMENT CONFERENCE**

TO: DOCKETING

DATED: December 30, 2008

FROM: Michael E. Hegarty
United States Magistrate Judge

RE: Settlement conference in *Scott v. DeVry University, Inc.*, 08-cv-00575-PAB-MEH

  X   Settlement negotiations have been held during the past several months and continuing to this date, and a settlement has not been reached.

_____ A settlement conference was held on this date, and a settlement was reached.

  X   The settlement conference was held for 10 hours total.

  X   The settlement negotiations were concluded, although addition negotiations are expected to be held in the future.

  X   No record was made.

_____ A record was made.