# MINUTE ENTRY FOR SETTLEMENT NEGOTIATIONS

TO: DOCKETING

DATED: February 9, 2009

FROM: Michael E. Hegarty
United States Magistrate Judge

RE: Continued settlement negotiations in *Scott v. DeVry University, Inc.*, 08-cv-00575-PAB-MEH

     ____  A settlement conference was held on this date, and a settlement was not reached.

     _X_  Continued settlement negotiations have been held in January and February, and a settlement was reached. The parties shall submit dismissal papers on or before **March 9, 2009**.

     _X_  The continued settlement negotiations required 10 hours total.

     _X_  The settlement negotiations were concluded.

     ____  No record was made.

     _X_  A record was made.