<u>Exhibit 2 to Release and Settlement Agreement:</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00575-PAB-MEH

JAMIE SCOTT,

    Plaintiff,

v.

DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Jamie Scott and defendants DeVry Inc. and Ross University School of Medicine, School of Veterinary Medicine Limited hereby stipulate to dismissal of all claims in this action with prejudice. Each of the parties shall bear their own costs and attorneys fees.

Dated: February 27, 2009.

_/s/ Jennifer Thomaidis_
Jennifer Thomaidis
Floyd Youngblood
4465 Kipling Street
Suite 108
Wheat Ridge, CO 80033
jrt@theanimallawcenter.com
1-877-PET LAW 1

Counsel for Plaintiff Jamie Scott

_/s/ David D. Powell_
David D. Powell, Jr.